371 A.2d 510
Commonwealth v. Park, Appellant.

Argued September 16, 1976. R. Merle Heffner, for appellant; Stewart L. Kurtz, II, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.